UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                                       Case No. 25-30745

Joshua Joseph Ronnebaum,

    Defendant.

_____/

## ORDER TO SEAL

    THE UNITED STATES OF AMERICA, having moved to seal the Complaint and Arrest Warrant, and this motion and order to seal, and the Court being duly advised in the premises;

    IT IS HEREBY ORDERED that the Complaint and Arrest Warrant, and this motion and order to seal, be sealed until further Order of the Court, with the exception the government may provide copies of the aforementioned documents to the following persons to facilitate the defendant's appearance in court: the court and its staff, United States Pretrial Services, the United States Probation Department, the United States Marshal Service, the Defendant, the Federal

Community Defender's Officer, and/or the Defendant's attorney. The documents otherwise remain sealed for all other purposes until unsealed by order of the court.

**SO ORDERED.**

Date: ___December 8, 2025___  _____
Anthony P. Patti
United States Magistrate Judge