UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 JEREMY TACON,
D-2 JOSHUA RONNEBAUM,

Defendants.
_____/

Case: 5:25-cr-20922
Assigned To : Levy, Judith E.
Referral Judge: Altman, Kimberly G.
Assign. Date : 12/16/2025
Description: IND USA V TACON ET AL (TM)

Violation: 18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### 18 U.S.C. § 2252A(a)(2)
*Receipt of Child Pornography*

D-1 Jeremy Tacon

On or about March 29, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Jeremy Tacon, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT TWO
18 U.S.C. § 2252A(a)(2)
*Receipt of Child Pornography*

D-2 Joshua Ronnebaum

On or about May 22, through on or about May 23, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Joshua Ronnebaum, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT THREE
18 U.S.C. § 2252A(a)(2)
*Distribution of Child Pornography*

D-1 Jeremy Tacon

On or about May 2, 2019, in the Eastern District of Michigan, Southern Division, the defendant, Jeremy Tacon, knowingly distributed child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT FOUR
18 U.S.C. § 2252A(a)(2)
*Receipt of Child Pornography*

D-2 Joshua Ronnebaum,

On or about May 2, 2019, in the Eastern District of Michigan, Southern Division, the defendant, Joshua Ronnebaum, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT FIVE
18 U.S.C. § 2252A(a)(2)
*Distribution of Child Pornography*

D-1 Jeremy Tacon

On or about March 29, 2018, in the Eastern District of Michigan, Southern Division, the defendant, Jeremy Tacon, knowingly distributed child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT SIX
18 U.S.C. § 2252A(a)(2)
*Receipt of Child Pornography*

D-2 Joshua Ronnebaum

On or about March 29, 2018, in the Eastern District of Michigan, Southern Division, the defendant, Joshua Ronnebaum, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT SEVEN
18 U.S.C. § 2252A(a)(2)
*Receipt of Child Pornography*

D-2 Joshua Ronnebaum

On or about March 23, 2018, in the Eastern District of Michigan, Southern Division, the defendant, Joshua Ronnebaum, knowingly received child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT EIGHT
18 U.S.C. § 2252A(a)(2)
*Distribution of Child Pornography*

D-1 Jeremy Tacon

On or about March 23, 2018, in the Eastern District of Michigan, Southern Division, the defendant, Jeremy Tacon, knowingly distributed child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped, and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT NINE
18 U.S.C. § 2252A(a)(5)(B)
*Possession of Child Pornography*

D-2 Joshua Ronnebaum

On or about November 13, 2025, in the Eastern District of Michigan, Southern Division, the defendant, Joshua Ronnebaum, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8)(A), and the child pornography involved a prepubescent minor and a minor who had not attained 12 years of age, which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting foreign commerce, and the child pornography was produced using materials that had been mailed, shipped and

transported in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2. If convicted of an offense charged and set forth above, the defendants shall forfeit to the United States:

   a. any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. **Substitute Assets.** Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the

defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON, JR.
United States Attorney

*s/ Craig Wininger*
CRAIG WININGER
Chief, Violent and Major Crimes

*s/ Tara Hindelang*
TARA HINDELANG
Assistant United States Attorney

*s/ Zachary A. Zurek*
ZACHARY A. ZUREK
Assistant United States Attorney

Dated: December 16, 2025

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case: 5:25-cr-20922<br>Assigned To : Levy, Judith E.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 12/16/2025<br>Description: IND USA V TACON ET AL (TM) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☐Yes ☑No | AUSA's Initials: _____ |

**Case Title:** USA v. Jeremy Tacon et al

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- prior complaints **[Case Nos. 25-mj-30691 and 25-mj-30745]**

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 16, 2025
Date

Zachary Zurek  Bar #: P80116
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Zachary.Zurek2@usdoj.gov
(313) 226-0285

Tara Hindelang   Bar #: P78685
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Tara.Hindelang@usdoj.gov
(313) 226-9543

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.